**MARSHAL RETURN**

I have further executed this writ on 1/10/2024 by taking custody of the within named Connor Walker at the Cuyahoga Co Jail and conveyed him to the US Marshals at Cleveland, OH

U.S. MARSHAL
NORTHERN DISTRICT / OHIO

DEPUTY U.S. MARSHAL

State Case Dismissed 1/18/2024

1:24 cr 40

**FILED**

JAN 15 2025

CLERK, US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND